June 19, 2016

US BKPT COURT
515 RUSK AVE
HOUSTON, TX 77002

United States District Court
Southern District of Texas
FILED

JUN 29 2016

David J. Bradley, Clerk of Court

RE:                Inaccurate Reporting - DELLA GOINES

Dear Bankruptcy Clerk,

I am writing to dispute inaccurate information reported by the US BKPT COURT to the credit reporting agencies (Experian, Equifax and TransUnion).

I received a copy of my credit report showing that the US BKPT COURT reported the following information:

| | |
|---|---|
| Identification number: | 1040999KKB |
| Date filed: | Dec 2010 |
| Claim amount: | $0.00 |
| Responsibility: | Individual |
| Liability amount: | $0.00 |
| Status: | Chapter 13 bankruptcy dismissed |
| Date resolved: | Apr 2011 |
| Status: | Chapter 7 bankruptcy dismissed |
| Date resolved: | Apr 2011 |

Please correct the inaccurate information that you provided to the credit reporting agencies. I have enclosed a self addressed, prepaid envelope for your response.

Thank you in advance for your immediate assistance and help correcting this matter.

Sincerely Yours,

Della Goines
919 Adowa Spring Loop
Spring, TX 77373